# State of Louisiana
## Secretary of State

717079

12/16/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CERTAIN UNDERWRITERS AT LLOYDS OF LONDON
C/O MESSRS. DANIEL M. BIANCA & GEORGE C. LOCK
MENDES & MOUNT
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829

**RECEIVED**

DEC 19 2011

M. & M., LLP
Answered       FILE

Suit No.: 35492
39TH JUDICIAL DISTRICT COURT
RED RIVER PARISH

MURPHY BONDED WAREHOUSE LLC
vs
CERTAIN UNDERWRITERS AT LLOYD'S LONDON

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: L. KLING

Date: 12/15/2011
Title: DEPUTY SHERIFF

No: 860606



EXHIBIT
A

AB



**39TH JUDICIAL DISTRICT COURT**
**RED RIVER PARISH**
**COUSHATTA, LA 71019**

**MURPHY BONDED WAREHOUSE LLC**

**VERSUS**            **NUMBER    35492**

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON**

# CITATION

**PLEASE SERVE:**

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
THROUGH SECRETARY OF STATE
3851 ESSEN LANE
BATON ROUGE, LA 70809

SERVED ON
TOM SCHEDLER

DEC 15 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE **PETITION FOR DAMAGES,** OF WHICH A CERTIFIED COPY ACCOMPANIES THIS CITATION, OR DELIVER YOUR ANSWER THERETO IN WRITING TO THE OFFICE OF THE CLERK OF THE 39TH JUDICIAL DISTRICT COURT, RED RIVER PARISH, TOWN OF COUSHATTA, **WITHIN FIFTEEN (15) DAYS AFTER SERVICE** HEREOF. YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL—(Clerk of Court; PO Box 485, Coushatta, LA). IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY. YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

AND HEREIN FAIL NOT UNDER PENALTY OF THE LAW.
WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, on December 9, 2011.

STUART SHAW, CLERK OF COURT

BY: _____
Deputy Clerk of Court

P-1

**SERVICE**

UNSERVED ☐    PERSONAL ☐    DOMICILIARY ☐

GIVEN TO  _____

DATE      _____

REMARKS   _____

_____
Deputy Sheriff

| | |
|---|---|
| MURPHY BONDED WAREHOUSE, LLC | * NUMBER: 35492 |
| VERSUS | * 39TH JUDICIAL DISTRICT COURT |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | * RED RIVER PARISH, LOUISIANA |

## PETITION FOR DAMAGES

The petition of MURPHY BONDED WAREHOUSE, L.L.C., a Louisiana limited liability company herein appearing through undersigned counsel, respectfully represents:

### THE PARTIES

1. MURPHY BONDED WAREHOUSE, L.L.C., ("MBW"), is a Louisiana limited liability company and is the owner of immovable property located at 8160 Highway 509, Mansfield, Louisiana, which includes a warehouse facility (the "Subject Facility") at that location consisting of approximately 27.81 acres containing 150,000 square foot concrete dock-high slab with a metal roof (the "Covered Storage Area"), among other things.

2. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ("Underwriters") is a foreign insurer licensed to do and doing business in the State of Louisiana and, at all times herein relevant, was engaged in business as, among other things, an insurer of property risks.

### FACTS

3. Sometime prior to July 1, 2009, MBW purchased a policy of insurance underwritten by Underwriters under Policy No. 001234/0900 (the "Policy"). A true and correct copy of the Policy is attached as Exhibit A and made a part hereof.

4. The Policy was effective from July 1, 2009 to July 1, 2010 and identified MBW and Wade Sample as the named insureds.

5. The Policy provided coverage for, among other things, the real and personal property located at the Subject Facility.

6. On or about 11:00 p.m. on January 7, 2010, a fire occurred at the Subject Facility (the "Subject Fire"), substantially destroying the Covered Storage Area.

7. At the time of the Subject Fire, the Policy was in full force and effect.

8. Promptly after the Subject Fire, MBW notified Underwriters of the Subject Fire and the loss and damage to the Covered Storage Area and requested payment for its loss under the Policy.

9. MBW has performed all conditions required of it under the Policy.

10. Underwriters have failed and refused to pay MBW any portion of the damage to the Covered Storage Area under the Policy.

11. The failure of Underwriters to pay MBW the full amount of the loss payable under the terms of the policy within the time allowed by law is a violation of La. R.S. 22:1892 and La. R.S. 22:1973.

12. As a result of Underwriters' breach of contract, MBW is entitled to recover all amounts which are payable under the policy with respect to the loss, penalties as allowed by Louisiana law and attorney's fees incurred in the prosecution of this action.

Wherefore, for the reasons set forth in this Petition, plaintiff asks for judgment against defendant for such amounts which are payable under the policy with respect to the loss, together with penalties as allowed by law, attorney's fees, interest thereon at the legal rate from date of judicial demand until paid, all costs of these proceedings and such other and further relief as this Court deems appropriate.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

By: *Joseph S Woodley*
David Cromwell, #1799
Joseph S. Woodley, #19228

400 Texas Street, Fourth Floor
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Phone: (318) 221-1800
FAX: (318) 226-0390

ATTORNEYS FOR PLAINTIFF

PLEASE SERVE:
Certain Underwriters at Lloyd's, London
Through its agent for service of process

Secretary of State
State of Louisiana